UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:26-cv-20155-LEIBOWITZ

**LUCIO EDIBERTO TZUN-VICENTE,**

*Petitioner*,

v.

**KRISTI NOEM,** *et al.*,

*Respondents.*
_____/

## ORDER

THIS CAUSE comes before the Court on Petitioner's Amended Petition for Writ of Habeas Corpus ("the Petition") [ECF No. 1], filed on January 9, 2026. Petitioner, a citizen of Guatemala, is currently being detained at Krome North Service Processing Center, an immigration detention center under the authority of Immigration Customs Enforcement. [*Id.* ¶ 3]. Petitioner has resided in the United States for 21 years and has no criminal record. [*Id.* ¶ 41]. Following his detention, an immigration judge denied Petitioner's request for a bond hearing pursuant to 8 U.S.C. § 1225(a). [*Id.* ¶ 4].

To facilitate the just and expeditious resolution of the Petition, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Any removal proceedings to which Petitioner is now or may be subjected shall be **ADMINISTRATIVELY STAYED** pending the resolution of the Petition. Respondents **SHALL NOT** transfer or remove Petitioner outside of the geographical boundaries of the Southern District of Florida during the pendency of these proceedings and until further Order of this Court.

2. Respondent shall file a response to the Petition, **no later than January 16, 2026.**

3. Petitioner has leave to file a reply **no later than January 19, 2026.**

4. This Order is effective immediately and shall remain in effect until otherwise ordered by this Court.

**DONE AND ORDERED** in the Southern District of Florida on January 13, 2026.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:   counsel of record